TERRY A. WILLS, ESQ. (SBN 133962)
twills@cookbrown.com
BRIAN D. BERTOSSA, ESQ. (SBN 138388)
bbertossa@cookbrown.com
DYLAN T. RUPCHOCK, ESQ. (SBN 327672)
drupchock@cookbrown.com
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
T. 916-442-3100 | F. 916-442-4227

Attorneys for Defendant CLIENT NAME

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ROLON MORRIS,<br><br>        Plaintiff,<br><br>v.<br><br>CLARK PACIFIC PRECAST LLC; DOES 1-20 Individually and in official capacities, inclusive,<br><br>        Defendants. | Case No.  2:20-cv-01291-WBS-CKD<br><br>**STIPULATION AND ORDER VACATING CLERK'S ENTRY OF DEFAULT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff ROLON MORRIS and Defendant CLARK PACIFIC PRECAST LLC, through their undersigned counsel, that the Clerk's Entry of Default dated August 14, 2020 against Defendant for failure to appear, plead or answer Plaintiff's complaint is set aside and vacated so that Plaintiff can file an amended Complaint naming Clark Pacific, A California General Partnership as Defendant in place of Clark Pacific Precast, LLC. Defendant's counsel stipulates to accept service of the amended Complaint on behalf of Clark Pacific, A California General Partnership. The Parties stipulate and agree that an order effectuating this agreement may be made and entered.

///

**IT IS FURTHER STIPULATED AND AGREED** that: (1) this Stipulation may be executed in counterparts, and (2) electronic signatures shall have the same force and effect as originals.

| | |
|---|---|
| **SEVILLE BRIGGS, LLP**<br>3330 Geary Blvd., 3rd Floor, East<br>San Francisco, CA 94118<br>Tele: (415) 324-8733<br>*Attorneys for Plaintiff*<br>*Rolon Morris* | **COOK BROWN, LLP**<br>2407 J Street, Second Floor<br>Sacramento, CA 95816<br>(916) 442-3100<br>*Attorneys for Defendant*<br>*Clark Pacific Precast LLC* |
| By:   /S/ Michael R. Seville<br>         Michael R. Seville | By:   /S/ Terry A. Wills<br>         Terry A. Wills |

For good cause showing, IT IS ORDERED that the Clerk's Entry of Default dated August 14, 2020 is hereby vacated and set aside; that Plaintiff shall forthwith file an amended Complaint; that Defendant is granted leave to file a responsive pleading to the Complaint within 30 days from the date of this order; and it is further ordered that, in the meantime, all proceedings in the case be stayed until further order of the court.

**PURSUANT OT THE STIPULATION IT IS SO ORDERED**

Dated:  August 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE