MICHAEL R. SEVILLE, Esq. SBN 278164
CURTIS L. BRIGGS, Esq. SBN 284190
**SEVILLE BRIGGS, LLP**
3330 GEARY BLVD. 3ᴿᴰ FLOOR, EAST
SAN FRANCISCO, CA 94118
TELE: 415-324-8733
michael@sevillebriggs.com
curtis@sevillebriggs.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLON MORRIS, | **Case No. 2:20-cv-01291-WBS-CKD** |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL SCHEDULE; PROPOSED ORDER** |
| v. | |
| CLARK PACIFIC, A CALIFORNIA GENERAL CORPORATION; DOES 1-20. | Judge: Honorable William B. Shubb |
| Defendant. | |

    This Stipulation is entered into by and among Plaintiff and Defendants, by and through their respective counsel, to continue the Pretrial Schedule in this matter in the Discovery Cutoff date as it is currently set. The continuance is requested due to both the ongoing COVID pandemic and also because of Plaintiff's attorney's law firm being wound down. It is also being requested to allow both parties to conclude their formal discovery process. Depositions are currently being scheduled between the two parties, written discovery has taken place, and expert witnesses, if any, are being engaged.

    The continuance of the Fact Discovery Cutoff will not change any other scheduled deadline,

including the dispositive motion deadlines nor the trial date presently set for August 23, 2022.

The parties have agreed to the following new schedule:

Fact Discovery Cutoff: March 16, 2022

Expert Disclosure and Reports: January 14, 2022

Rebuttal Disclosure and Reports: February 9, 2022

All other dates will remain unchanged.

Good cause exists for the requested continuance of the Fact Discovery Cutoff because the parties met to discuss the schedule and outstanding issues on November 23, 2021 and agreed on a timeline in which all discovery will be completed within the proposed order. Good cause also exists because of the continued pandemic and Plaintiff's attorney's firm going through a transition with new counsel being sought. However, Plaintiff's attorney will schedule and conduct depositions and other required discovery matters while the transition is progressing.

Good cause exists for the requested continuance because no other deadlines in the Pretrial Schedule will be impacted by this continuance.

Good cause also exists for the requested continuance because the parties agree they may be prejudiced if the continuance is not granted, as neither party may be able to complete the investigation and discovery necessary to adequately analyze the case and prepare for trial within the current Fact Discovery Cutoff date.

**IT IS SO STIPULATED.**

Dated: December 2, 2021                                  Seville Briggs, LLP

By:_____
Michael Seville
Attorney for Plaintiff
Daniel Dudgeon

Dated: December 2, 2021                                  COOK BROWN, LLP

By:_____
Michael Bedolla
Attorney for Defendant
Clark Pacific

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that:

1. The discovery deadlines set forth in the Pretrial Scheduling Order (ECF No. 25) are hereby MODIFIED as follows:

    Fact Discovery Cutoff: 3/16/22

    Expert Disclosure: 1/14/22

    Expert Rebuttal: 2/9/22

All other previously scheduled deadlines remain as originally set.

Dated:  December 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE