Lawrence A. Organ (SBN 175503)
larry@civilrightsca.com
Julianne K. Stanford (SBN 290001)
julianne@civilrightsca.com
Cimone A. Nunley (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, CA 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352

Attorneys for Plaintiff
ROLON MORRIS

TERRY A. WILLS, ESQ. (SBN 133962)
twills@cookbrown.com
DYLAN T. RUPCHOCK, ESQ. (SBN 327672)
drupchock@cookbrown.com
COOK BROWN, LLP
2407 J St., 2nd Floor
Sacramento, California 95816
T: 916-442-3100 | F: 916-442-4227

Attorneys for Defendant
CLARK PACIFIC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLON MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>CLARK PACIFIC, a California General Partnership; and DOES 1 – 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01291-WBS-CKD<br><br>CORRECTED STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES; ORDER |

Pursuant to Civil Local Rule 143, Plaintiff Rolon Morris ("Plaintiff") and Defendant Clark Pacific ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby submit this Stipulation to Continue Trial and Pretrial Deadlines.

Recitals

1. Plaintiff filed this action on June 29, 2020 (Dkt. 1), and filed a first amended complaint (operative complaint) on August 31, 2020 (Dkt. 11).

2. Defendant filed an answer to the first amended complaint on November 19, 2020. (Dkt. No. 23)

3. Initial disclosures were made on January 15, 2021. Thereafter, the parties participated in written discovery. No depositions have been taken.

4. On January 5, 2022, the Court approved the consensual substitution of counsel for Plaintiff. (Dkt. No. 33)

5. Trial in this matter is set for August 23, 2022. (See Dkt. No. 25)

6. The current pretrial schedule in this matter is as follows:

a. January 14, 2022: Expert disclosures and reports due

b. February 9, 2022: Rebuttal expert disclosures and reports due

c. March 16, 2022: Fact discovery cutoff

d. April 6, 2022: Motion deadline

e. June 20, 2022: Pretrial conference. (Dkt. No. 25)

7. The parties previously requested a 90-day continuance of fact and expert discovery, which the Court granted. (Dkt. No. 28) This is the first request for a trial continuance in this matter.

8. Good cause supports the requested continuance of the trial, pretrial conference, and pretrial deadlines. Plaintiff recently retained new counsel, who require time to review the case file, to familiarize themselves with the factual and legal issues in the case, and to prepare and conduct discovery. Additionally, Plaintiff's counsel is scheduled to be in trial in Alameda County Superior Court the week of August 22, 2022. The parties jointly require time to investigate and conduct discovery so they may fully analyze the case, explore resolution, and

prepare for trial. The parties agree that prejudice will result if a continuance is not granted, and that the length of the requested continuance is reasonable under the circumstances.

Stipulation

The Parties, by and through their respective counsel, therefore stipulate and agree, and respectfully request that the Court issue an order continuing the trial to February 21, 2023, and continuing the pretrial conference to December 19, 2022, and the discovery and motion deadlines as follows:

a. September 16, 2022: Fact discovery cutoff; pretrial motion filing deadline

b. October 3, 2022: Expert disclosures and reports due

c. November 1, 2022: Rebuttal expert disclosures and reports due

d. November 23, 2022: Expert discovery cutoff.

**IT IS SO STIPULATED.**

Dated: January 18, 2022

CALIFORNIA CIVIL RIGHTS LAW GROUP

By: /s/ Julianne Stanford
Julianne Stanford
Attorney for Plaintiff
ROLON MORRIS

Dated: January 18, 2022

COOK BROWN, LLP

By: /s/ Terry Wills
Terry Wills
Attorney for Defendant
CLARK PACIFIC
*As authorized on 1/18/22*

**ORDER**

Based upon the foregoing Stipulation and for good cause appearing thereon, the Court orders as follows:

1. Jury Trial in this matter is continued to **February 22, 2023 at 9:00 a.m.;**
2. The pretrial conference is continued to **December 19, 2022 at 1:30 p.m**.; and
3. The pretrial deadlines are continued as follows:
   a. September 16, 2022: Fact discovery cutoff; pretrial motion filing deadline
   b. October 3, 2022: Expert disclosures and reports due
   c. November 1, 2022: Rebuttal expert disclosures and reports due
   d. November 23, 2022: Expert discovery cutoff.

**IT IS SO ORDERED.**

Dated: January 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE