LAWRENCE A. ORGAN
larry@civilrightsca.com
JULIANNE K. STANFORD
julianne@civilrightsca.com
CIMONE A. NUNLEY
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 SAN ANSELMO AVENUE
SAN ANSELMO, CA  94960
T. 415-453-4740 | F. 415-785-7352

Attorneys for Plaintiff ROLON MORRIS


TERRY A. WILLS, ESQ. (SBN 133962)
twills@cookbrown.com
LISA V. RYAN, ESQS. (SBN 217802)
lryan@cookbrown.com
ZACHARY H. RANKIN, ESQ. (SBN 319980)
zrankin@cookbrown.com
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
T. 916-442-3100 | F. 916-442-4227

Attorneys for Defendant CLARK PACIFIC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLON MORRIS,<br><br>              Plaintiff,<br><br>  v.<br><br>CLARK PACIFIC, A California General Partnership; And DOES 1-20, inclusive,<br><br>              Defendants. | Case No.  2:20-CV-01291-WBS-CKD<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER**<br><br>Action Filed:    August 31, 2020<br>Pretrial Conf.:   January 30, 2023<br>Trial Date:      March 21, 2023 |

     Plaintiff Rolon Morris ("Plaintiff") and Defendant Clark Pacific ("Defendant), through their counsel of record (collectively the "Parties"), hereby stipulate as follows:

     1.     On August 18, 2022, the Court approved the Parties' Stipulation to Continue Fact and Expert Discovery Deadlines.  The Court simultaneously continued the Pretrial Conference from

December 19, 2022 to January 30, 2022 and the Jury Trial from February 22, 2023 to March 21, 2023.  (Document 40.)

      2.      On August 25, 2022, counsel for Defendant reached out and informed Plaintiff's counsel of an existing conflict on the newly assigned Trial date.  Counsel for the Parties met and conferred regarding availability and agreed to move the trial date to May 2, 2023, depending upon the Court's availability.

      3.      Thereafter, counsel for Defendant left a message with Courtroom Deputy Karen Kirksey Smith inquiring about moving the Trial date.

      4.      On September 2, 2022, Defendant's counsel received word from Deputy Kirksey Smith confirming that the Court is available for trial in this matter on May 2, 2023 and a Pre-Trial Conference on March 13, 2023.

      5.      The parties by and through their respective counsel, therefore stipulate and agree that good cause exists to continue the Trial and Pre-Trial Conference dates, and respectfully request that the Court issue an order continuing the Pretrial Conference to March 13, 2023 at 1:30p.m. and Jury Trial date to May 2, 2023 at 9:00a.m.  All other previously continued pretrial dates in Document 40 will remain unchanged.

**IT IS SO STIPULATED:**

DATED:  September 9, 2022          CALIFORNIA CIVIL RIGHTS LAW GROUP
                                                  LAWRENCE A. ORGAN, ESQ.
                                                  JULIANNE K. STANFORD, ESQ.
                                                  CIMONE A. NUNLEY, ESQ.

                                                  By:    /s/ Julianne K. Stanford
                                                        Attorneys for Plaintiff
                                                        ROLON MORRIS


DATED:  September 9, 2022          COOK BROWN, LLP
                                                    TERRY A. WILLS, ESQ.
                                                    ZACHARY H. RANKIN, ESQ.

                                                  By:    /s/ Terry A. Wills
                                                     Attorneys for Defendant
                                                     CLARK PACIFIC

**ORDER**

Based upon the foregoing Stipulation and for good cause appearing thereon, the Court orders as follows:

1. The Pretrial Conference is continued from January 30, 2023 to **March 13, 2023 at 1:30 p.m.**

2. The Jury Trial is continued from March 21, 2023 to **May 2, 2023 at 9:00 a.m.**

**IT IS SO ORDERED:**

Dated: September 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE