Lawrence A. Organ (SBN 175503)
larry@civilrightsca.com
Julianne K. Stanford (SBN 290001)
julianne@civilrightsca.com
Cimone A. Nunley (SBN 326915)
cimone@civilrightsca.com
**CALIFORNIA CIVIL RIGHTS LAW GROUP**
332 San Anselmo Ave.
San Anselmo, CA 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352

Attorneys for Plaintiff
ROLON MORRIS

TERRY A. WILLS, ESQ. (SBN 133962)
twills@cookbrown.com
DYLAN T. RUPCHOCK, ESQ. (SBN 327672)
drupchock@cookbrown.com
COOK BROWN, LLP
2407 J St., 2nd Floor
Sacramento, California 95816
T: 916-442-3100 | F: 916-442-4227

Attorneys for Defendant
CLARK PACIFIC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLON MORRIS,<br><br>               Plaintiff,<br><br>   v.<br><br>CLARK PACIFIC, a California General Partnership; and DOES 1 – 20, inclusive,<br><br>               Defendants. | Case No. 2:20-cv-01291-WBS-CKD<br><br>**STIPULATION AND JOINT REQUEST FOR DISMISSAL AND ORDER** |

Plaintiff ROLON MORRIS and Defendant CLARK PACIFIC ("the Parties"), acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action in its entirety with prejudice and with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: January 17, 2023                    CALIFORNIA CIVIL RIGHTS LAW GROUP

By: /s/ Julianne Stanford
Julianne Stanford
Attorney for Plaintiff
ROLON MORRIS

Dated: January 17, 2023                    COOK BROWN, LLP

By: /s/ Terry Wills
Terry Wills
Attorney for Defendant
CLARK PACIFIC
*As authorized on January 17, 2023*

**ORDER**

Based upon the foregoing Stipulation and for good cause appearing thereon, the Court orders as follows: The stipulation is approved. The entire action is hereby dismissed with prejudice with each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  January 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE